```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

EDDIE LOPEZ SANTANA,

        Defendant.

No. 10 Cr. 1058 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Eddie Lopez Santana's pro se motion for early termination of his term of supervised release pursuant to 18 U.S.C. Section 3583(e)(1).  (See dkt. no. 275.)  The Government shall file any opposition to Mr. Santana's motion within 14 days of the date hereof.  Mr. Santos may file a reply no later than 7 days after service of the Government's opposition.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Santana.

**SO ORDERED.**

Dated:    New York, New York
           September 16, 2020

                                      *Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge