UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>EDDIE LOPEZ SANTANA,<br><br>                Defendant. | 10 Cr. 1058 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Santana's request to terminate the remaining portion of his term of supervised release pursuant to 18 U.S.C. Section 3583(e)(1) (see dkt. no. 280) is hereby GRANTED.

    **SO ORDERED.**

Dated:   New York, New York
          February 24, 2021

                      _____
                      LORETTA A. PRESKA
                      Senior United States District Judge